affirmed with costs, but without prejudice to another action upon the same claim if plaintiff is so advised. Held, the plaintiff having consented to an adjournment, was not entitled to judgment as of course, although his complaint was verified, without making proof of his cause of action, an answer having thereafter been filed, containing a general denial. All concur.

Charles V. BARKER, appellant, v. Frances F. BARKER et al., defendants; Maud Archer et al., appellants; Pauline May et al., respondents. (Supreme Court Appellate Division, Second Department. June 16, 1916.) Motion for reargument denied, without costs.

Charles V. BARKER, appellant, v. Frances E. BARKER et al., defendants; Maud Archer et al., appellants; Pauline May et al., respondents. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) Motion of plaintiff for leave to appeal to the Court of Appeals granted, and the following question certified: "5. Is the mortgage for thirty thousand ($30,000) dollars held by Pauline May and Nathan Levy as surviving executors of the last will and testament of Marx May, deceased, a valid lien upon the rights and interests of Samuel P. Barker, Jr., in the first parcel of real property described in the complaint?" Motion of defendant-appellant Beatrice Arabelle Barker for leave to appeal to the Court of Appeals denied.

BARTHOLOMAY BREWERY CO., respt., v. Dennis O'BRIEN et al., defts., Hugh J. O'Brien, applt. (Supreme Court, Appellate Division, Fourth Department. May 17, 1916.) Motion for leave to appeal to Court of Appeals granted, and question for review certified.

Henry BAUM v. Max ROSENBERG. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Application denied, with $10 costs. Order signed.

Hyman BAUMAN et al. v. AERO WAIST CO. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Application granted. Order signed.

Emily G. K. BAUMANN, Applt., v. PREFERRED ACCIDENT INSURANCE CO. OF NEW YORK, Respt. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Judgments and orders affirmed, with costs. No opinion. Orders filed.

William A. BAXTER, applt., v. Elizabeth BAXTER and one, respt. (Supreme Court, Appellate Division, Fourth Department. May 10, 1916.) Judgment (92 Misc. Rep. 567, 156 N. Y. Supp. 521) affirmed with costs. All concur.

Ten Eyck R. BEARDSLEY v. Isaac W. SHERRILL et al. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motion denied, with $10 costs. Order filed.

Alfred C. BEATTY, Respt., v. GUGGENHEIMER EXPLORATION CO. et al., Applts. (Supreme Court Appellate Division, First Department. June 23, 1916.) Order modified, by requiring defendant to give security in the sum of $145,000 to secure past and future dividends on the 39,000 shares of stock which are the subject of an option, and, as so modified, affirmed, without costs. No opinion. McLaughlin, J., dissents on the ground that the plaintiff has all the security he is entitled to. Settle order on notice.

Lorenzo and Robert BEEMAN, applts., v. AMERICAN EXPRESS COMPANY, respt. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Judgment affirmed, with costs. All concur, except Kellogg, P. J., and Woodward, J., dissenting.

Leslie BELDEN, respondent, v. NORTHERN HOTEL COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1915.) Judgment and order reversed, and new trial granted, costs to abide the event, because of defendant's exceptions at folios 306, 309, 310, and 311, where the court's reference to testimony in its charge did not keep the distinction which the witnesses made between the valve stem and the bonnet of the valve. Jenks, P. J., and Carr, Mills, Rich, and Putnam, JJ., concur.

Thomas BELL, appellant, v. TERMINAL WAREHOUSE COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Judgment affirmed, with costs. No opinion. Carr, Stapleton, Rich, and Putnam, JJ., concur. Jenks, P. J., dissents.

In the matter of supplementary proceedings. Charles BELOW, respondent, v. William HUTTENLOCHER, appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) Order of the County Court of Queens County affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

In the matter of the judicial settlement of the account of Charles P. BENEDICT and JOHN C. West, as executors, etc., of Read Benedict, deceased, appellants; William M. Mullen, special guardian, respondent. (Supreme Court, Appellate Division, Second Department. June 2, 1916.) Decree of the Surrogate's Court of Richmond County modified by reducing the compensation of respondent to $250, and, as modified, affirmed, without costs. No opinion. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Adella F. BENEDICT, respt., v. Lizzie MYERS and another, applts. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) The judgment in this action having been affirmed, it is unnecessary to pass upon the questions presented by this appeal. Appeal dismissed, without costs.

Clyde G. BENEDICT, Respt., v. Carroll M. ROBERTSON, Applt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Judgment affirmed, with costs, with